**Discovery – John Morgan WILLIAMS**

**2022-07-14 MCKAY Ledgers**
- Report:  2022-07-14_DEA 7A - Exhibit No._ N-50_Redacted
- Media:  2022-07-14 (Photos of seized drug ledgers, N-50 - JR)-redacted PDF Binder

**2022-08-11 Buy**
- Reports:
    - 2022-08-11_DEA 6 - Purchase of Exhibit 28 from V WILLIAMS and Acq Exhibits N-60, N-64 thru N-66_Redacted
    - 2022-08-24_DEA 6  - Acq of N-74 (calls and messages relating to the purchase of exhibit 28)_Redacted
    - DEA 6A - Money List (4)
    - DEA 7 - Exhibit No._ 28
    - DEA 7A - Exhibit No._ N-60
    - DEA 7A - Exhibit No._ N-64, N-65, N-66
    - DEA 7A - Exhibit No._ N-74
    - Exhibit 28 (2022-08-11 - WILLIAMS) - transfer to SW lab_Redacted
    - Exhibit 28 (2022-08-11 - WILLIAMS) supplemental_Redacted
    - Exhibit 28 (2022-08-11 - WILLIAMS) _Redacted
- Media-Other:
    - 2022-08-11 (N-60) [surveillance video - KH]
    - 2022-08-11 (N-64) [2022-08-11 - UC buy-walk from VEE - Platform]
    - 2022-08-11 (N-65) [2022-08-11 - UC buy-walk from VEE - UC audio]
    - 2022-08-11 (N-66) [2022-08-11 - UC buy-walk from VEE - UC video
    - 2022-08-11 (N-74) UC calls & messages UC and V. WILLIAMS

**2022-08-31 Buy**
- Reports:
    - 2022-08-31 - Notes - SA Ricks_Redacted
    - 2022-08-31 - 2022-08-31_DEA 6 - Purchase of Exhibit 29 and 30 from BAIN, Identification of BAIN and Acq. of N-75 thru N-82_Redacted
    - DEA 6A -  Money List (5)
    - DEA 7 - Exhibit No._ 29, 30
    - DEA 7A - Exhibit No._ N-75
    - DEA 7A - Exhibit No._ N-76
    - DEA 7A - Exhibit No._ N-77
    - DEA 7A - Exhibit No._ N-78, N-79, N-80, N-81, N-82
    - Exhibit 29 (2022-08-31 - WILLIAMS and BAIN) - transfer to SW lab_Redacted
    - Exhibit 29 (2022-08-31 - WILLIAMS and BAIN) _Redacted
    - Exhibit 30 (2022-08-31 - WILLIAMS and BAIN) - transfer to SW lab_Redacted
    - Exhibit 30 (2022-08-31 - WILLIAMS and BAIN) _Redacted
- Media-Other:
    - 2022-08-31 (Ex. N-79) Audio of uc meet
    - 2022-08-31 (Ex. N-80) Platform video
    - 2022-08-31 (Ex. N-81) Vehicle video
    - 2022-08-31 (Ex. N-82) Airwing Video
    - 2022-08-31 (N-75)[surveillance photos - JR]

- 2022-08-31 (N-76)[surveillance photos - BD] Available for Review (photos are not of the deal)
- 2022-08-31 (N-77)[surveillance photos - TAB] Available for Review (photos are not of the deal)
- 2022-08-31 (N-78) UC Calls and messages

### 2022-10-13 Buy
- Reports:
  - 2022-10-13_DEA 6 - Purchase of Exhibit 37 from JM WILLIAMS and V WILLIAMS, and Acq. of Exhibits N-96 and N-97_Redacted
  - 2022-11-07_DEA 6 - Acq of Exhibits N-115 thru N-118 (Recordings from 10-13-2022 Buy_Walk)_Redacted
  - DEA 6A - Money List (8)
  - DEA 7 - Exhibit No._ 37
  - DEA 7A - Exhibit No._ N-96
  - DEA 7A - Exhibit No._ N-97
  - DEA 7A - Exhibit No._ N-115, N-116, N-117, N-118
  - Exhibit 37 (2022-10-13) - VY WILLIAMS and JM WILLIAMS_Redacted
- Media-Other:
  - 2022-10-13 (N-97)[Surveillance photos - JR]
  - 2022-10-13 (N-117)[UC Audio - Buy-walk]
  - 2022-10-13 (N-118) [Platform Video - Buy-Walk]
  - 2022-10-13 [N-115](UC Calls and Texts)
  - 2022-10-13 [N-116](UC - Video - buy-walk)

### 2022-11-07 Buy
- Reports
  - 2022-11-07_DEA 6 - Purchase of Exhibit 40 from V WILLIAMS, and Acq. of Exhibits 40, N-113, N-114, N-143 thru N-145_Redacted
  - DEA 6A - Money List (9)
  - DEA 7 - Exhibit No._ 40
  - DEA 7A - Exhibit No._ N-113
  - DEA 7A - Exhibit No._ N-114
  - DEA 7A - Exhibit No._ N-143, N-144, N-145
  - Exhibit 40 (2022-11-07) – WILLIAMS
- Media-Other:
  - 2022-11-07 (N-113) [Surveillance photos - BD]
  - 2022-11-07 (N-114) [Aerial surveillance video - KH]
  - 2022-11-07 (N-143) Platform Video
  - 2022-11-07 (N-144) Audio (hawk) of UC buy from V. Williams
  - 2022-11-07 (N-145) Messages and UC call with V. Williams

### 2022-12-08 Buy
- Reports
  - 2022-12-08 - Notes - SA Ricks_Redacted
  - 2022-12-08_DEA 6 - Purchase of Exhibit 68 from V WILLIAMS, and Acq. of Exhibits N-146, N-148 thru N-151_Redacted
  - DEA 6A - Money List (10)

- DEA 7 - Exhibit No._ 68
- DEA 7A - Exhibit No._ N-146
- DEA 7A - Exhibit No._ N-148, N-149, N-150, N-151
- Exhibit 68 (2022-12-08) – WILLIAMS_Redacted
- Media-Other:
  - 2022-12-08 (N-148) aerial surveillance video
  - 2022-12-08 (N-149) Text messages and call
  - 2022-12-08 (N-150) Audio of UC deal (hawk)
  - 2022-12-08- (N-151) Platform Video
  - 2022-12-08 [surveillance of buy-walk 3 lbs Vee - JR]

### 2023-01-26 Buy
- Reports:
  - 2023-01-26_DEA 6 - Purchase of Exhibit 77 from V WILLIAMS and Acq. of Exhibits 77 and N-163 thru N-167_Redacted
  - DEA 7 - Exhibit No._ 77
  - DEA 7A - Exhibit No._ N-163
  - DEA 7A - Exhibit No._ N-164, N-165, N-166, N-167
  - DEA 7A - Exhibit No._ N-168
  - Exhibit 77 (2022-01-26) - V WILLIAMS and BAIN_Redacted
- Media-Other:
  - 2023-01-26 (N-164) [UC text messages]
  - 2023-01-26 (N-165) [buy-walk from Vee-audio only]
  - 2023-01-26 (N-166)[UC buy-walk from Vee-Airwing]
  - 2023-01-26 (N-167)[UC buy-walk from Vee-Platform vid]
  - 2023-01-26 (N-168) [Surv of VEE buy-PC]
  - 2023-01-26 (N-169)[UC call for buy-walk]

### 2023-04-06 Wire Activation
- Report:  2023-04-06_DEA 6 - Activation of Title III on Telephone Number 561-234-5603, used by Victoria WILLIAMS

### 2023-04-06 Wire Deal
- Report:  2023-04-06_DEA 6 - Surveillance of V WILLIAMS and Identification of WOOD and XXXX_Redacted
- Media:  2023-04-06  - surveillance photos (WOOD deal only) – BD

### 2023-04-07 Wire Deal
- Report:  2023-04-07_DEA 6 - Surv of V WILLIAMS at SHTEINBERG's residence_Redacted
- Media:  2023-04-07 - surveillance photos - TAB (SHTEINBERG deal only)

### 2023-04-08 Wire Deal
- Report:  2023-04-08 - Notes - Wireroom_Redacted
- Media:  2023-04-08 - Surveillance photos – BD (SZUKALA)

### 2023-04-10 Wire Deal
- Reports:
  - 2023-04-10 - Notes - Wireroom_Redacted
  - 2023-04-10 - Surveillance Log - Wireroom_Redacted

- ◦ 2023-04-10 - Surveillance Log - Wireroom_Redacted
- Media:
  - ◦ 2023-04-09 - surv photos (REEDER only) – BD
  - ◦ 2023-04-10 - surveillance photos – TAB
    - ▪ SZUKALA
    - ▪ SHTEINBERG

### 2023-04-11 Wire Deal
- Reports:
  - ◦ 2023-04-11 - Surveillance Log - Wireroom_Redacted
  - ◦ 2023-04-11 - Surveillance Log_Redacted
- Media:  2023-04-09 - surv photos (HUNTER only) – BD

### 2023-04-15 Wire Deal
- Reports:
  - ◦ 2023-04-15 - Notes - Wireroom_Redacted
  - ◦ 2023-04-15 - Notes - Wireroom_Redacted
- Media:  2023-04-15 - surveillance photos (DUNN only) – BD

### 2023-04-16 Wire Deal
- Reports:  2023-04-16 - Notes - Wireroom_Redacted

### 2023-04-18 Surv Cam at 6th Court
- Reports:
  - 2023-04-18_DEA 6 - Install of Surv Cam at 2864 NW 6th Court, Fort Lauderdale, Florida
  - 2023-05-15_DEA 6 - Info Re Surv Cam at 2864 NW 6th Court, Fort Lauderdale, FL
  - 2023-08-10_DEA 6 - Acq of Ex N-220, Video Recordings of 2864 NW 6th Ct
  - DEA 7A - Exhibit No._N-220
  - Exhibit N-220 – Available for Review

### 2023-04-18 Wire Deal
- Reports:
  - ◦ 2023-04-17 - Surveillance Log_Redacted
  - ◦ 2023-04-18 - Notes - Wireroom_Redacted
  - ◦ 2023-04-18 - Surveillance Log_Redacted
  - ◦ 2023-04-18_DEA 6 - Identification of Carson WILLIAMS and Acq of Exhibit 82_Redacted
  - ◦ 2023-04-18_DEA 6 - Surveillance of SHTEINBERG and Arrest of Carlos NUNEZ-Perez and Acq. of Exhibit 83_Redacted
  - ◦ Exhibit 82 - (2023-04-18) - Carson WILLIAMS_Redacted
  - ◦ Exhibit 83 - (2023-04-18) - NUNEZ-Perez_Redacted
- Media-Other:
  - ◦ 2023-04-18 - surveillance photos – BD

### 2023-04-19 Wire Deal
- Reports:
  - ◦ 2023-04-19 - Notes - Wireroom_Redacted
  - ◦ 2023-04-19 - Surveillance Log - Wireroom_Redacted
  - ◦ 2023-04-19 - Surveillance Log_Redacted

### 2023-04-20 Wire Deal
• Reports:
  ◦ 2023-04-20 - Notes - Wireroom_Redacted
  ◦ 2023-04-20 - Surveillance Log_Redacted

### 2023-04-24 Wire Deal
• Reports:
  ◦ 2023-04-24 - Notes - Wireroom_Redacted
  ◦ 2023-04-24 - Surveillance Log_Redacted

### 2023-04-25 Wire Deal
• Reports:
  ◦ 2023-04-24 - Notes - Wireroom_Redacted
  ◦ 2023-04-25 - Notes - Wireroom_Redacted
  ◦ 2023-04-25 - Surveillance Log_Redacted

### 2023-05-06  Wire Renewal-Activation
• Report:  2023-05-06_DEA 6 - Act of T-III on 561-234-5603 and 754-301-0611, used by V.Y. WILLIAMS_Redacted

### ==2023-05-13  Wire Deal==
• Report:  ==2023-05-13 - Notes - Wireroom_Redacted==

### 2023-05-14  Wire Deal
• Report:  2023-05-14 - Notes - Wireroom_Redacted

### 2023-05-15 Wire Deal
• Report:  2023-05-15 - Notes - Wireroom_Redacted

### 2023-05-17 Surv Cam at TUKES Apt
◦ Reports:
  ◦ 2023-05-17_DEA 6 - Activation of surv camera at TUKES Apt_Redacted
  ◦ 2023-08-02_DEA 6 - Removal of surv cam from TUKES' Apt, Acq of N-218_Redacted
  ◦ DEA 7A - Exhibit No._ N-218_Redacted
◦ Media-Other:  2023-05-17 (N-218) Surv Camera at TUKES Apartment - Available

### 2023-05-26 Wire Deal
• Reports:
  ◦ 2023-05-26 - Notes - Wireroom_Redacted
  ◦ 2023-05-26 - Surveillance Log - Wireroom_Redacted
  ◦ 2023-05-26 - Surveillance Log_Redacted
• Media:  2023-05-26 - surveillance photos – BD

**DEFENDANT STATEMENTS**

**==INTERCEPTS==**
• ==Reports:==

- ◦ 2023-05-09_DEA 6 - Acq of  Exhibit N-169, Intercepts of Telephone Number 561-234-5603 (Wire ID-61-23)_Redacted
- ◦ 2023-06-05_DEA 6 - Acq of Ex N-171 and N-172, Intercepts of 561-234-5603 and 754-301-0611_Redacted
- ◦ DEA 7A - Exhibit No._ N-169_Redacted
- ◦ DEA 7A - Exhibit No._ N-171, N-172_Redacted
- Media:
  - ◦ TT1-561-234-5603
  - ◦ TT2-754-301-0611

## MISCELLANEOUS

1. **2022-08-03 Buy**
   - Reports
     - ◦ 2022-08-17_DEA 6 – Acqof Exhibit N-62 and N-63 (Recordings of 08_03_2022 buy-walk)_Redacted
     - ◦ DEA 7A - Exhibit No._ N-62, N-63
   - Media-Other
     - ◦ 2022-08-03 (N-62) (UC-CS buy-walk from VEE audio - RF)
     - ◦ 2022-08-03 (N-63) (US-CS buy-walk from Vee video –

2. **2022-09-01 Pen Register**
   - Report:  2022-09-01 - Initiation of WhatsApp Pen Register on 772-204-6562 (Victoria WILLIAMS)_Redacted

3. **2022-10-06 Surv**
   - Report:  2022-10-06 - Surveillance of Victoria Yvonne WILLIAMS_Redacted

4. **2023-02-28 Surv**
   - Report:  2023-02-28_DEA 6 – Surveillance of Victoria WILLIAMS in Fort Lauderdale, FL_Redacted

5. **2023-04 Other April Wire Events**
   - Reports:
     - 2023-04-09_DEA 6 - Surv of V WILLIAMS, ID of HUNTER and REEDER_Redacted
     - 2023-04-12 - DEA Surveillance Log - Daley_Redacted
     - 2023-04-12 - Surveillance Log - 1 of 2_Redacted
     - 2023-04-12 - Surveillance Log - 2 of 2_Redacted
     - 2023-04-12 - Surveillance Log - Wireroom_Redacted
     - 2023-04-13 - Surveillance Log_Redacted
     - 2023-04-14 - Surveillance Log - Valencia_Redacted
     - 2023-04-14 - Surveillance Log_Redacted
     - 2023-04-21 - Surveillance Log - Wireroom_Redacted
     - 2023-04-21 - Surveillance Log_Redacted
     - 2023-04-25 - Surveillance Log - Wireroom_Redacted
     - 2023-04-25 - Surveillance Log_Redacted
     - 2023-04-26 - Surveillance Log - Wireroom _Redacted
     - 2023-04-26 - Surveillance Log_Redacted
     - 2023-04-27 - Surveillance Log - Wireroom_Redacted

- 2023-04-28 - Surveillance Log_Redacted
- 2023-04-30 - Surveillance Log - Wireroom_Redacted

6. **2023-04-12 Pen Register**
   - Report:  2023-04-12_DEA 6 - Act of Pens on 7543010611, 7547773711, and 9548129041_Redacted

7. **2023-04-20 Pen Register**
   - Report:  2023-04-20_DEA 6 - Act of Pens on 7864003347 and 5614289330_Redacted

8. **2023-05 Other May Wire Events**
   - Reports:
     - 2023-05-01 - Surveillance Log_Redacted
     - 2023-05-02 - Surveillance Log_Redacted
     - 2023-05-03 - Surveillance Log_Redacted
     - 2023-05-04 - Surveillance Log_Redacted
     - 2023-05-10 - Surveillance Log_Redacted
     - 2023-05-11 - Surveillance Log_Redacted
     - 2023-05-12 - Surveillance Log_Redacted
     - 2023-05-16 - Surveillance Log_Redacted
     - 2023-05-20 - Surveillance Log - Wireroom_Redacted
     - 2023-05-27 - Surveillance Log - Wireroom_Redacted
     - 2023-05-28 - Surveillance Log - Wireroom_Redacted
     - 2023-05-29 - Surveillance Log - Wireroom_Redacted
     - 2023-05-30 - Surveillance Log - Wireroom_Redacted
     - 2032-05-31 - Surveillance Log - Wireroom_Redacted
   - Media:
     - 2023-05-12 UC Call to TUKES

9. **2023-05-31 Pen Register**
   - Report:  2023-05-31_DEA 6 - Initiation of Pen on 5615699507_Redacted

**The Following Items are Available for Review**
- 2022-08-16 BOYD Phones - Available for Review
- 2022-10-06 [Surveillance Photos of VEE - JR]
- 2023-02-28 [Surveillance of Stash Location]
- 2023-03-15 [Surveillance of VEE- JR]
- 2023-04-06  - surveillance photos – BD
- 2023-04-08 - Surveillance photos – BD
- 2023-04-09 - surveillance photos – BD
- 2023-04-10 - surveillance photos - TAB (SHTEINBERG, SZUKALA, XXXXX meetings)
- 2023-04-10 [Surveillance - STzirt]
- 2023-04-12 - Surveillance photos – BD
- 2023-04-15 - surveillance photos – BD
- 2023-04-17 - surveillance photos – BD
- 2023-04-18 - surveillance photos – BD
  ◦ 2023-04-18 HARE Rental Records
- 2023-04-19 - surveillance photos – BD

- 2023-04-20 - surveillance photos – BD
- 2023-04-21 - surveillance photos – BD
- 2023-04-27 - surveillance photos – BD
- 2023-04-28 - surveillance photos – BD
- 2023-05-10 - Surveillance video – BD
- 2023-05-12 - surveillance video – BD
- 2023-05-14 - Surveillance video – BD
- 2023-05-15 - Surveillance Video – BD
- 2023-05-18 - surveillance photos – BD
- 2023-05-19 - surveillance photos – BD
- 2023-05-21 - surveillance photos -BD
- 2023-05-22 - surveillance photos – BD
- 2023-05-22 - surveillance photos – JR
- 2023-05-23 - surveillance photos – BD
- 2023-05-24 - surveillance photos – JR
- 2023-05-26 - surveillance photos – BD
- 2023-05-30 - surveillance photos – BD
- WILLIAMS_TT1_Location_Emails
- WILLIAMS_TT2_Location_Emails

**CHATS**
- 2022-07-14 MCKAY Phone
    - Reports:
        - DEA 7A - Exhibit No._ N-147
        - DEA 7A - Exhibit No._ N-51_Redacted
    - Media-Other:
        - Chat with SHTEINBERG (and Alexander MCKAY)
        - Chat with SZUKALA (and Alexander MCKAY)
        - Chat with V WILLIAMS (and Alexander MCKAY)
- 2022-11-07 ARMSTRONG Phone
    - Chats with V WILLIAMS (and Daniel ARMSTRONG)
- 2022-11-08 MOORE Phone
    - Chat with V WILLIAMS (and Nikoli MOORE)
- 2023-06-07 SHTEINBERG Phone
    - Reports:
        - 2023-06-07_DEA 6 - Ex of PBSO SW of SHTEINBERG's residence and Acq. Exhibits 84 and 85 (info only)_Redacted
        - 2023-06-08_DEA 6 - Acquisition of Non-Drug Exhibits N-173, N-174, and N-175_Redacted
        - DEA 7A - Exhibit No._ N-173_Redacted
        - DEA 7A - Exhibit No._ N-174_Redacted
        - DEA 7A - Exhibit No._ N-175_Redacted
    - Media:
        - Chats between V. WILLIAMS and SHTEINBERG

**MCKAY JAIL CALLS**
- Reports:
    - 2022-11-28_DEA 6 - Acq of Exhibit N-142 (MCKAY Jail Calls, Messages, and Video Visits from Indian River County)_Redacted
    - DEA 7A - Exhibit No._ N-142

- Media-Other:
    - 2022-11-28 (N-142) (MCKAY Jail calls from Indian River County)
    - MCKAY Jail Calls (a spreadsheet that contains the dates/times/numbers of known calls involving defendants)

**LOCATION RECORDS**
- **TUKES**
    - Reports:
        - 2023-04-19_DEA 6 - Installation of Tracking Device on the Cadillac Escalade (Victor TUKES)_Redacted
        - 2023-05-12_DEA 6 - Maintenance of GPS Tracking Device on Victor Leevon TUKES black Escalade_Redacted
        - 2023-05-29_DEA 6 - Maintenance of GPS Tracking Device on Victor Leevon TUKES black Escalade_Redacted
        - 2023-06-01_DEA 6 - Extension of Tracking Warrant for the Cadillac Escalade (Victor TUKES)_Redacted
        - 2023-07-07_DEA 6 - Removal of Tracking Device from the Cadillac Escalade (Victor TUKES)_Redacted
    - Records:
        - TUKES Escalade
        - TUKES Escalade Raw Data (Spreadsheet with Raw Data)
- **V WILLIAMS**
    - Reports:
        - 2022-08-23_DEA 6 - Installation of Tracking Device on V WILLIAMS' white BMW SUV_Redacted
        - 2022-09-20_DEA 6 - Maintenance of Tracking Device on VWILLIAMS' white BMW SUV_Redacted
        - 2022-10-03_DEA 6 - Extension of Tracking Warrant on V WILLIAMS' white BMW SUV_Redacted
        - 2022-10-13_DEA 6 - Maintenance of Tracking Device on V WILLIAMS' white BMW SUV_Redacted
        - 2022-11-17_DEA 6 - Extension of Tracking Warrant on V WILLIAMS' white BMW SUV_Redacted
        - 2022-11-18_DEA 6 - Maintenance of Tracking Device on V WILLIAMS' white BMW SUV_Redacted
        - 2022-12-19_DEA 6 - Maintenance of Tracking Device on V WILLIAMS' white BMW SUV_Redacted
        - 2023-02-16_DEA 6 - Maintenance of Tracking Device on V WILLIAMS' white BMW SUV_Redacted
        - 2023-03-16_DEA 6 - Maintenance of GPS Tracker and Call to V WILLIAMS' Telephone Number 561-234-5603
        - 2023-04-18_DEA 6 - Maintenance of Tracking Device on V WILLIAMS' white BMW SUV_Redacted
        - 2023-04-28_DEA 6 - Extension of Tracking Warrant on V WILLIAMS' white BMW SUV_Redacted
        - 2023-05-08_DEA 6 - Maintenance of Tracking Device on V WILLIAMS' white BMW SUV_Redacted
        - 2023-05-22_DEA 6 - Maintenance of Tracking Device on V WILLIAMS' white BMW SUV_Redacted

- Records:
  - WILLIAMS BMW
  - WILLIAMS BMW Tracker Raw Data (Spreadsheet with Raw Data)
  - WILLIAMS - 561-234-5603
  - WILLIAMS – 754-301-0611

**Telephone Phone Records**
- Subscriber Records